**FILED**
**February 6, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.  NO. 3:23-MJ-126-BH

DONALD DERREL SLAY

## MOTION FOR DETENTION and MOTION FOR CONTINUANCE

The United States moves for pretrial detention of defendant, DONALD DERREL SLAY, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    _____   Crime of violence (18 U.S.C. §3156);

    _____   Maximum sentence life imprisonment or death

    __X__   10 + year drug offense

    _____   Felony, with two prior convictions in above categories

    __X__   Serious risk defendant will flee

    _____   Serious risk obstruction of justice

    _____   Felony involving a minor victim

    __X__   Felony involving a firearm, destructive device, or any other dangerous weapon

    _____   Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   <u> X </u>  Defendant's appearance as required

   <u> X </u>  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

   <u> X </u>  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   <u>   </u>  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

   <u>   </u>  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

   <u>   </u>  Previous conviction for "eligible" offense committed while on pretrial bond

**NOTHING FURTHER ON THIS PAGE**

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   \_\_\_\_\_  At first appearance

  <u>  X </u>  After continuance of <u>  3  </u> day (not more than 3).

DATED this <u> 6TH </u> day of <u> FEBRUARY, 2023</u>.

                                                   Respectfully submitted,

                                                   LEIGHA SIMONTON
                                                   UNITED STATES ATTORNEY

                                                   /s/ George Leal
                                                 George Leal
                                                 Assistant United States Attorney
                                                 Texas State Bar No. 00794150
                                                 1100 Commerce Street, Third Floor
                                                 Dallas, Texas 75242-1699
                                                 Telephone: 214-659-8600
                                                 Facsimile: 214-659-8812
                                                 Email: George.Leal@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure.

                                               _____
                                               George Leal
                                               Assistant United States Attorney