

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | FILED UNDER SEAL |
|---|---|
| v. | **SEALED as to DONALD DERRELL SLAY, Jr. (#1) ONLY |
| | Criminal No. |
| DONALD DERRELL SLAY, Jr. (1)<br>RICHARD DANIEL GOMEZ (2) | 3-23CR0068-X |

## SEALED INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841 and 841(b)(1)(C)(vi))

On or about January 26, 2023, in the Dallas Division of the Northern District of Texas, the defendants, **DONALD DERRELL SLAY, Jr.** and **RICHARD DANIEL GOMEZ**, did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C)(vi).

Indictment - Page 1

<u>Count Two</u>
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C)

On or about January 26, 2023, in the Dallas Division of the Northern District of Texas and elsewhere, **DONALD DERRELL SLAY, Jr.** and **RICHARD DANIEL GOMEZ,** defendants herein and others both known and unknown, did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree together, with each other and with other persons both known and unknown, to commit certain offenses against the United States, to-wit: to possess with the intent to distribute and to distribute a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C)(vi).

All in violation of 21 U.S.C. § 846.

<u>Count Three</u>
Possession with Intent to Distribute a Schedule II Controlled Substance
(Violation of 21 U.S.C. § 841(b)(1)(C))

On or about December 12, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **DONALD DERRELL SLAY, Jr.** did intentionally and knowingly possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

FORFEITURE NOTICE
21 U.S.C. § 853(a) and 21 U.S.C. § 881(a)

Upon conviction for any of the offenses alleged in Count One, Two, or Three of this Indictment and pursuant to 21 U.S.C. § 853(a) the defendants, **DONALD DERRELL SLAY, Jr.** and **RICHARD DANIEL GOMEZ,** shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the respective offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the respective offense(s).

A TRUE BILL

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
GEORGE LEAL
Assistant United States Attorney
Texas State Bar No. 00794150
1100 Commerce St., Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
E-mail: george.leal@usdoj.gov

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:23-MJ-00083-BK
**as to Richard Daniel Gomez only
Magistrate Court Number: 3:23-MJ-00126-BH
** as to Donald Derrell Slay, Jr. only

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

DONALD DERRELL SLAY, Jr. (1)
RICHARD DANIEL GOMEZ (2)

SEALED INDICTMENT

21 U.S.C. § 841 and 841(b)(1)(C)(vi)
Possession with Intent to Distribute a Controlled Substance
(Count 1)

21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C)
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Count 2)

21 U.S.C. § 841(b)(1)(C)
Possession with Intent to Distribute a Schedule II Controlled Substance
(Count 3)

21 U.S.C. § 853(a) and 21 U.S.C. § 881(a)
Forfeiture Notice

3 Counts

A true bill rendered

DALLAS                                                                                  FOREPERSON

Filed in open court this 22 day of February, 2023.

-------------------------------------------------------------------

**Warrant to be Issued for Donald Derrell Slay, Jr. (#1) only \*\***

**Richard Daniel Gomez (#2) currently on PT Release per order of 02/03/2023**