SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **Filed Under Seal** |
| v. | **\*\*SEALED as to DONALD DERRELL SLAY, JR. (#1) ONLY** |
| | Criminal No. 3:23-CR-0068-X |
| DONALD DERRELL SLAY, JR. (1)<br>RICHARD DANIEL GOMEZ (2)<br>HAKEEM AZIZ WILEY (3) | (Supersedes Indictment Filed February 22, 2023) |

### SEALED SUPERSEDING INDICTMENT

The Grand Jury Charges:

Count One
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841 and 841(b)(1)(C))

On or about January 26, 2023, in the Dallas Division of the Northern District of Texas, the defendants, **DONALD DERRELL SLAY, JR.** and **RICHARD DANIEL GOMEZ**, did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Count Two
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C))

Beginning on or about November 21, 2022, and continuing through on or about January 26, 2023, in the Dallas Division of the Northern District of Texas and elsewhere, **DONALD DERRELL SLAY, JR., RICHARD DANIEL GOMEZ,** and **HAKEEM AZIZ WILEY,** defendants herein and others both known and unknown, did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree together, with each other and with other persons both known and unknown, to commit certain offenses against the United States, to-wit: to possess with the intent to distribute and to distribute a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

All in violation of 21 U.S.C. § 846.

Count Three
Possession with Intent to Distribute a Schedule II Controlled Substance
(Violation of 21 U.S.C. § 841(b)(1)(C))

On or about December 12, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **DONALD DERRELL SLAY, JR.** did intentionally and knowingly possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

## Count Four
### Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841 and 841(b)(1)(C))

On or about November 21, 2022, in the Dallas Division of the Northern District of Texas, the defendants, **DONALD DERRELL SLAY, JR.** and **HAKEEM AZIZ WILEY**, did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Forfeiture Notice
21 U.S.C. § 853(a) and 21 U.S.C. § 881(a)

Upon conviction for any of the offenses alleged in Count One, Two, or Three of this Indictment and pursuant to 21 U.S.C. § 853(a) the defendants, **DONALD DERRELL SLAY, JR., RICHARD DANIEL GOMEZ,** and **HAKEEM AZIZ WILEY,** shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the respective offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the respective offense(s).

A TRUE BILL

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
GEORGE LEAL
Assistant United States Attorney
Texas State Bar No. 00794150
1100 Commerce St., Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
E-mail: george.leal@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

DONALD DERRELL SLAY, JR. (1)
RICHARD DANIEL GOMEZ (2)
HAKEEM AZIZ WILEY (3)

SEALED SUPERSEDING INDICTMENT

21 U.S.C. § 841 and 841(b)(1)(C)
Possession with Intent to Distribute a Controlled Substance
(Counts 1 and 4)

21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C)
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Count 2)

21 U.S.C. § 841(b)(1)(C)
Possession with Intent to Distribute a Schedule II Controlled Substance
(Count 3)

21 U.S.C. § 853(a) and 21 U.S.C. § 881(a)
Forfeiture Notice

4 Counts

A true bill rendered

-----------------------------------------------------------------------------------------------
DALLAS                                                                              FOREPERSON

Filed in open court this _18_ day of April, 2023.

-----------------------------------------------------------------------------------------------
**Summons to Issue for Defendants #2 (Gomez) and #3 (Wiley) only**

\*\* **Defendant #1 (Slay, Jr.) still pending arrest/apprehension per arrest warrant issued 02/23/2023**

-----------------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
Criminal Case Pending:   3:23-CR-00068-X
Magistrate Court Case pending:   3:23-MJ-00310-BH
\*\*as to Hakeem Aziz Wiley only