# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| JUDGE:   RENEE HARRIS TOLIVER | |
| DEPUTY CLERK:  M. Wright | COURT REPORTER/TAPE NO:  Shawnie Archuleta |
| LAW CLERK: | USPO/PTSO:  Scoggins |
| INTERPRETER: | COURT TIME:  2:13 – 2:51 |
| A.M. | P.M. | DATE:  April 21, 2023 |

☐MAG. NO.          ☐DIST. CR. NO.  3:23-cr-00068-X          USDJ _____

UNITED STATES OF AMERICA          §     _George Leal_____, AUSA
                                                    §
v.                                                  §     _____ ☐
                                                    §
                                                    §     _Paul Lund_____ ☐
DONALD DERRELL SLAY, JR (1)          §     COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☐INITIAL APPEARANCE  ☐IDENTITY  ☐BOND HEARING  ☐PRELIMINARY HEARING
☑DETENTION HEARING  ☐COUNSEL DETERMINATION HEARING  ☐REMOVAL HEARING  ☐EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____  ☐OTHER DISTRICT  ☐DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY: **04/17/2023**  ☐SURRENDER _____
☐ RULE 5/32  ☐APPEARED ON WRIT
☐ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT  ☐MW (MATERIAL WITNESS) _____ APPEARED  ☐WITH  ☐WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☐DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____          ☐BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND  ☐SET  ☐REDUCED TO $ _____  ☐CASH  ☐ SURETY  ☐10%  ☐ PR  ☐UNS  ☐3RD PTY  ☐MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☑ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED  ☐DEFT  ☐MW RELEASED  ☐STATE AUTHORITIES  ☐INS
☐ DEFT  ☐MW  REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF  ☐PRELIMINARY HEARING  ☐RULE 5/32 HEARING  ☐DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE  ☐ID  ☐PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED.  WRITTEN ORDER TO FOLLOW.

☐ REMARKS:_____