UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | 3:23-CR-068-X |
| | § | |
| **DONALD DERRELL SLAY, JR (1)** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRE-TRIAL/TRIAL DEADLINS

Before the Court is Defendant's Unopposed Motion to Continue Pre-trial/Trial Deadlines (the "Motion") (Doc. No. 77), filed on July 18, 2023. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial, and that failure to grant such a continuance might result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(i).

The Court finds that Counsel needs additional time to complete negotiations in this case. The existing trial date in this case of December 14, 2023 would deny counsel for the defendants the reasonable time necessary for effective preparation of the defense. 18 U.S.C. § 3161(h)(7)(B). The likely result would be an inability to continue the proceeding and a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

Accordingly, it is **ORDERED** that the trial of the case is reset from **December 4, 2023** to **Monday, February 5, 2024 at 1:00 p.m.**  The period of delay shall be excluded in computing the time within which the trial must commence.

Pretrial motions must be filed no later than **October 13, 2023** and all responses, including responses to any previously pending motions, no later than **October 20, 2023**.

Requested voir dire questions, proposed jury instructions, witness lists (with witnesses designated as "custodial," "expert," or "fact," as well as "probable" or "possible"), exhibit lists (with copies of exhibits furnished to the Court), and motions in limine must be filed no later than **January 26, 2024**.

Pretrial Conference is hereby scheduled for **January 29, 2024 at 10:00 a.m.** The defendants need not be present for the Pretrial Conference.

**Signed this 24th day of August, 2023.**

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE